1  Troy D. Monge, Esq.
2  Law Offices of Martin Taller, APC
   2300 E. Katella Ave, Suite 440
3  ANAHEIM, CALIFORNIA 92806
4  TELEPHONE (714) 385-8100
   FACSIMILE (714) 385-8123
5  troymonge@hotmail.com
6
7  Attorney Bar #217035
   Attorneys for Jordyn Salter
8

9                UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF CALIFORNIA
10

11 | JORDYN SALTER,                    ) No. 8:21-cv-01945-SHK
12 |                                   )
   |     Plaintiff,                    ) **[PROPOSED]** ORDER AWARDING
13 |                                   ) **EQUAL ACCESS TO JUSTICE**
14 |     v.                            ) **ACT ATTORNEY FEES AND**
   |                                   ) **COSTS**
15 | KILOLO KIJAKAZI, Acting           )
16 | Commissioner of Social Security,  )
   |                                   )
17 |     Defendant.                    )
18 |                                   )

19       Based upon the parties' Stipulation for Award and Payment of Attorney
20 Fees:
21       IT IS ORDERED that the Commissioner shall pay attorney fees and
22 expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. §2412(d), in
23 the amount of FOUR THOUSAND SEVEN HUNDRED TWENTY DOLLARS
24 and THIRTY-EIGHT CENTS ($4,720.38), and costs under 28 U.S.C. §1920, in
25 / / /
26 / / /
27 / / /
28 / / /

                                    1

1 | the amount of FOUR HUNDRED DOLLARS AND NO CENTS ($400.00),
2 | subject to the terms of the above-referenced Stipulation.

Dated: 11/1/2022

_____
THE HONORABLE SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE